HARVEY P. SACKETT (72488)

**SACKETT AND HERRERA**
A PROFESSIONAL LAW CORP.

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/jgl

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ARTHUR R. RUIZ, | ) | No.: 5:11-cv-05582-RMW |
| Plaintiff, | ) ) ) | |
| v. | ) ) | STIPULATION AND ORDER FOR DISMISSAL |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) ) ) ) | |
| Defendant. | ) ) | |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice.  Each party shall bear their own attorney's fees and costs.

STIPULATION AND ORDER

1

MELINDA L. HAAG  
United States Attorney

Dated: April 16, 2012         /s/  
DAVID LERCH  
Special Assistant U.S. Attorney  
Social Security Administration  
Attorney for Defendant

Dated:  April 16, 2012        /s/  
HARVEY P. SACKETT  
Attorney for Plaintiff  
ARTHUR R. RUIZ

IT IS SO ORDERED.

Dated: _____

HON. RONALD M. WHYTE  
United States Senior District Judge

STIPULATION AND ORDER

2