1 | HARVEY P. SACKETT (72488)
2 | **SACKETT AND HERRERA**
    A PROFESSIONAL LAW CORP.
3 | 1055 Lincoln Avenue
4 | Post Office Box 5025
    San Jose, California 95150-5025
5 | Telephone: (408) 295-7755
6 | Facsimile: (408) 295-7444
7 | /jgl
8 | Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| ARTHUR R. RUIZ, | ) No.: 5:11-cv-05582-RMW |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER FOR |
|  | ) DISMISSAL |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) |
| Defendant. | ) |

Plaintiff and Defendant, through their respective attorneys, hereby stipulate that this matter be dismissed in its entirety without prejudice. Each party shall bear their own attorney's fees and costs.

1

STIPULATION AND ORDER

1       MELINDA L. HAAG
        United States Attorney
2
3
4
Dated: April 16, 2012          /s/
5                              DAVID LERCH
                               Special Assistant U.S. Attorney
6                              Social Security Administration
                               Attorney for Defendant
7
8
9
Dated:  April 16, 2012         /s/
10                             HARVEY P. SACKETT
                               Attorney for Plaintiff
11                             ARTHUR R. RUIZ
12
13  IT IS SO ORDERED.
14
15  Dated: ÍECHEFG             /s/ Ronald M. Whyte
16                             HON. RONALD M. WHYTE
                               United States Senior District Judge
17

2

STIPULATION AND ORDER